STATE FARM MUTUAL AUTOMOBILE INSURANCE Co., Appellant, v ROBERT MALLELA et al., Respondents.

Submitted December 20, 2004; decided January 6, 2005

Submitted January 3, 2005; decided January 6, 2005

Motion by New York Insurance Association, Inc. for leave to file a brief amicus curiae on consideration of the certified ques-

tion herein granted and the proposed brief is accepted as filed. Twenty copies of the brief may be filed and three copies served within 10 days.